In the Matter of the Application of SAMUEL SHERMAN, Individually and as President of the " DIVISION OF PLACEMENT AND UNEMPLOYMENT INSURANCE ELIGIBLES ASSOCIATION," Appellant, for an Order against GRACE A. REAVY and Others, Composing and Constituting the CIVIL SERVICE COMMISSION OF THE STATE OF NEW YORK; and ELMER F. ANDREWS, as Industrial Commissioner of the State of New York, Respondents.— Motion for reargument denied, with ten dollars costs. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.